**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
CIVIL No. 2:26-cv-02707**

| | | |
|---|---|---|
| **JOSE CARMEN CADENA TORRES** | § § § | |
| **Petitioner** | § § | |
| **v.** | § § § | **PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C §2241** |
| **CHRISTOPHER BULLOCK, in his official capacity as Director of Harlingen Field Office for ICE,** | § § § § | |
| **Respondent.** | § § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Respondent has agreed Petitioner is entitled to a bond hearing. Having considered the Petition, the response, the record, and the applicable law, the Court concludes that relief is warranted.

**IT IS ORDERED** that:

1. Within seven (7) days of this Order, Respondents **SHALL PROVIDE** Petitioner with an individualized bond hearing before a neutral decision-maker.

2. If Respondents fail to provide such hearing within seven (7) days, Petitioner **SHALL BE RELEASED** under appropriate conditions of supervision pending completion of removal proceedings.

3. This Order remains in effect unless modified by further order of this Court.

SIGNED this 22nd day of June 2026.

_s/Brian C. Lea_

UNITED STATES DISTRICT JUDGE