**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE CARMEN CADENA TORRES, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | Case No. 2:26-cv-02707-BCL-cgc |
| ) | |
| ) | |
| CHRISTOPHER BULLOCK ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER**

The Court is in receipt of Respondent's motion to alter or amend the judgment. Doc. 11. As the Government rightly points out, the dispositive order and judgment in this case were entered before expiration of the briefing schedule, based on the mistaken view that the Government had agreed Petitioner is eligible for bond. The Motion is therefore granted, and the judgment and dispositive order vacated, to allow the briefing schedule to run its course. Petitioner may file a reply to the Government's opposition if he wishes, which shall be filed no later than **July 2, 2026**.

**SO ORDERED**, this 25th day of June, 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE